UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE T. STRINGER,<br>　　　　Plaintiff,<br>　　v.<br>R. CRUZ, et al.,<br>　　　　Defendants. | Case No. 19-cv-02624-SI<br><br>**ORDER OF DISMISSAL** |

On September 12, 2019, the court determined that the *pro se* prisoner's civil rights complaint in this action failed to state a claim upon which relief may be granted. Docket No. 7. The court granted plaintiff leave to file an amended complaint no later than October 25, 2019, cautioning him that failure to file an amended complaint by the deadline would result in the dismissal of this action. *Id.* at 5. Plaintiff did not file an amended complaint, and the deadline by which to do so has passed. For the foregoing reasons, and the reasons stated in the order of dismissal with leave to amend, this action is DISMISSED for failure to state a claim upon which relief may be granted. The clerk shall close the file.

**IT IS SO ORDERED**.

Dated: December 3, 2019

_____
SUSAN ILLSTON
United States District Judge