UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE T. STRINGER,<br><br>    Plaintiff,<br><br>    v.<br><br>R. CRUZ, et al.,<br><br>    Defendants. | Case No. 19-cv-02624-SI<br><br>**JUDGMENT** |

This action is dismissed for failure to state a claim upon which relief may be granted.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: December 3, 2019

_____
SUSAN ILLSTON
United States District Judge